IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL FRANK MARRERO-NARDO, SR., Petitioner, | : : : : |
| v. | : : CIVIL ACTION NO. 23-CV-1382 |
| SUPERINTENDENT BERNADETTE MASON, *et al.*, Respondents. | : : : : |

### ORDER

**AND NOW** this 17th day of April, 2023, upon consideration of Samuel Frank Marrero-Nardo, Sr.'s Petition for *Writ of Habeas Corpus* (ECF No. 1), it appearing that Marrero-Nardo is challenging a conviction and sentence from the Lebanon County Court of Common Pleas, which is located in the Middle District of Pennsylvania, pursuant to 28 U.S.C. § 2241(d) and consistent with agreed practice, it will further the interests of justice for this case to be brought in the district where the petitioner was convicted and sentenced.

The Clerk of Court is **DIRECTED** to transfer the above-captioned case to the United States District Court for the Middle District of Pennsylvania and close this case.

BY THE COURT:

/s/ Gerald Austin McHugh

**GERALD A. MCHUGH, J.**